IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:25cr476-MHT-CWB |
| | ) | (WO) |
| ISIDRO ZAVALA-OROZCO | ) | |

# **O R D E R**

COUNSEL ARE DIRECTED TO PAY PARTICULAR ATTENTION TO PARAGRAPHS 3 AND 4 IN THIS ORDER.  FAILURE TO COMPLY WITH THESE TWO PARAGRAPHS MAY SUBJECT COUNSEL TO SANCTIONS.

Now pending before the court is defendant's unopposed motion to set expedited and consolidated consent plea and sentencing date (Doc. 15) and defendant's unopposed motion to impose sentence without a presentence investigative report (Doc. 17) filed on August 7, 2025. Upon consideration of the motions, and for good cause, it is

ORDERED that the unopposed motion to impose sentence without a presentence investigative report (Doc. 17) is granted.

It is further ORDERED that the unopposed motion to set expedited and consolidated consent plea and sentencing date (Doc. 15) is granted to the following extent:

1. The United States Magistrate Judge shall hold the arraignment and plea hearing, which has been set by separate order (Doc. 18), on August 14, 2025, with sentencing to follow on the same day.

2. Sentencing of the defendant is hereby set on **August 14, 2025, at 1:30 p.m.**, Courtroom 2FMJ, the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

3. At least **three** business days before the sentencing date, the government and the defendant shall each file a memorandum setting forth (a) the sentence the defendant should receive and (b) why that sentence is appropriate based on the facts and the law.

4. The following motions must be filed at least **three** business days before the sentencing date if the bases for the motions are known at that time: a motion for reduction of sentence based on the defendant's cooperation; a motion for reduction of sentence based on defendant's acceptance of responsibility; a motion for departure; and a motion for variance (downward or upward) from the guideline sentence.

Nothing contained in this order shall be construed as impairing the rights of any party as established in the Constitution or laws of the United States.

DONE, this 11th day of August 2025.

                                                      /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE